PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. John Morris

Docket No. 07 CR 769 ~~07 CR 769~~ / 07cr679

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Elizabeth Auson** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **John Morris**, who was placed under pretrial release supervision by the **Honorable Jose L. Linares**, United States District Judge sitting in the Court at 50 Walnut Street, Newark, New Jersey on August 16, 2007, under the following bail and conditions:

A $25,000 unsecured appearance bond.
1. Pretrial Services Supervision.
2. Surrender passport and not re- apply for any new travel documents.
3. Travel restricted to New Jersey, New York and Pennsylvania as needed for work.

Respectfully presenting petition for action of Court and for cause as follows:

**Addendum to Petition Attached**

PRAYING THAT THE COURT WILL ORDER: **Mental health testing and treatment as deemed appropriate by Pretrial Services.**

ORDER OF COURT

Considered and ordered this __21st__ day of __Feb.__, __2008__ and ordered filed and made a part of the records in the above case.

_signature_

Honorable Jose L. Linares
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/19/08

_signature_

Elizabeth Auson
U.S. Pretrial Services