BRUNO & FERRARO, ESQS.
261 Park Avenue, Rutherford, NJ  07070  (201) 460-9494
Attorneys for Defendant:  John Morris

| | |
|---|---|
| UNITED STATES OF AMERICA | : UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| | : CRIM. NO. 07-679 (JLL) |
| Plaintiff | |
| | : |
| vs. | |
| | : CRIMINAL ACTION |
| JOHN MORRIS | |
| | : CONSENT ORDER |
| Defendant. | |

This matter having come before the Honorable Jose L. Linares, United States District Judge, upon the application of John J. Bruno, Jr., Esq., attorney for the defendant, John Morris, for an Order permitting Mr. Morris to travel out of the State of New Jersey specifically to the State of Pennsylvania and the State of New York;

And it appearing that Assistant United States Attorney, Justin W. Arnold, consents to the form of the within Order;

**IT IS HEREBY ORDERED**, this 17th day of March, 2009, that the Defendant, John Morris, be permitted to travel to the states of New York and Pennsylvania.

_____
HON. JOSE L. LINARES, U.S.D.J.

I hereby consent to the entry
of the within Order

_____
JUSTIN W. ARNOLD
Assistant United States Attorney