UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> JOHN MORRIS, ) <br> ) <br> Defendant ) <br> ) | 2:07-CR-679-JLL-01 <br> ORDER |

Jose L. Linares, District Judge:

Having reviewed Petitioner's above-styled Motion, based upon this Court's Judgment Order issued January 15, 2010, and having considered Bureau of Prisons' designation policies and discretion, and the Court being otherwise duly advised the defendant has been designated to detention center at MDC Brooklyn, the Court hereby:

1. **ORDERS** that the judicial recommendation for designation in this case be amended;

2. **RECOMMENDS** that the Federal Bureau of Prisons re-designate defendant to a minimum-security prison camp (not a federal detention center) in the Northeast Region to facilitate family visits and also take into account the defendant's advanced age;

3. **RECOMMENDS** the satellite camp at Fort Dix, New Jersey if available;

4. **ORDERS** that this notice be forwarded forthwith to the United States Marshals Office, District of New Jersey, and in turn the USMS deliver a true copy of this order to the Federal Bureau of Prisons, Designation and Sentence Computation Center.

**SO ORDERED**

Dated: 2/16/, 2010

Hon. Jose L. Linares
United States District Judge